SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>     vs.<br><br>Douglas W. Mundy, et al<br><br>          Defendants | Case No. **2:11-cv-03017-GEB-CKD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 15, 2012 FOR DEFENDANTS DOUGLAS W. MUNDY INDIVIDUALLY AND D/B/A TAHOE VALLEY PHARMACY; TAHOE VALLEY PROFESSIONAL BUILDING, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Douglas W. Mundy Individually and d/b/a Tahoe Valley Pharmacy; Tahoe Valley Professional Building, LLC, by and through their respective attorneys of record, Scott N. Johnson; Joseph W. Tillson, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendants Douglas W. Mundy Individually and d/b/a Tahoe Valley Pharmacy; Tahoe Valley Professional Building, LLC until February 1, 2012 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendants Douglas W. Mundy Individually and d/b/a Tahoe Valley Pharmacy; Tahoe Valley Professional Building, LLC are granted an extension until February 15, 2012 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Douglas W. Mundy Individually and d/b/a Tahoe Valley Pharmacy; Tahoe Valley Professional Building, LLC response will be due no later than February 15, 2012.

IT IS SO STIPULATED effective as of February 1, 2012

Dated:   February 1, 2012              /s/Joseph W. Tillson
                                       Joseph W. Tillson,
                                       Attorney for Defendants
                                       Douglas W. Mundy
                                       Individually and d/b/a

|  |  |
|---|---|
|  | Tahoe Valley Pharmacy; Tahoe Valley Professional Building, LLC |
| Dated: February 1, 2012 | /s/Scott N. Johnson<br>Scott N. Johnson,<br>Attorney for Plaintiff |

**IT IS SO ORDERED**: that Defendants Douglas W. Mundy Individually and d/b/a Tahoe Valley Pharmacy; Tahoe Valley Professional Building, LLC shall have until February 15, 2012 to respond to complaint.

**Date: 2/1/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge